# U.S. Bankruptcy Appellate Panel of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

2011 MAY 12 A 9:29

**In Re:** XYIENCE INCORPORATED **BAP No.:** NV-11-1135

**Bk. Ct. No.:** 08-10474 **ADV. NO.:** 08-01082

**NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT**

The Panel has issued an Order transferring this appeal to the District Court (Las Vegas, Nevada). (Copy of order attached.)

Consequently, this appeal is herewith transferred to your court.

Susan M Spraul, BAP Clerk

By: Vincent Barbato, Deputy Clerk
Date: May 11, 2011

**2:11-cv-00772-JCM -PAL**

Please acknowledge receipt of the case file listed above.
Dated:______________________

Signed:______________________
District Court Deputy

Assigned District Court No.

______________________________

cc: Bankruptcy Court
All Parties

RECEIVED AND FILED

MAR 18 12 45 PM '11

**Richard E. Bergeron III**
**PO Box 5212**
**Weirs Beach, NH 03247**
**Pro-Se**
**Email: Rich.Bergeron@gmail.com**
**617-209-4325**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

**In re:** )
)
**XYIENCE, INCORPORATED,** )
**A Nevada Corporation,** )
)
**Debtor.** )

**Case No: BK-S-08-10474-MKN**
**Chapter 11**

**Adversary No. 08-1082-MKN**

**XYIENCE, INCORPORATED,** )
**A Nevada Corporation,** )
)
**Plaintiff.** )
)
**v.** )
)
**RICHARD BERGERON, an individual,** )
)
**Defendant.** )

**RICHARD BERGERON, an individual,** )
)
**Counterclaimant,** )
)
**v.** )
)
**XYIENCE INCORPORATED, a Nevada** )
)
**corporation,** )
)
**Counterdefendant.** )

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

MAR 28 2011

FILED
DOCKETED 3/29/11 JJB
DATE INITIAL

BAP#: NV-11-1135

**NOTICE OF APPEAL**

**Hearing Date: n/a**
**Time: n/a**

## General Docket
## U. S. Bankruptcy Appellate Panel for the Ninth Circuit

**Bankruptcy Appellate Panel Docket #:** 11-1135 **Docketed:** 03/29/2011
Richard Bergeron III v. Jonathan Backman, et al
**Appeal From:** Nevada - Las Vegas
**Fee Status:** fee due

**Case Type Information:**
1) Bankruptcy
2) Chapter 11 Business - Adversar
3) null

**Originating Court Information:**
**District:** 0978-2 : 08-10474 **Adversary Proceeding:** 08-01082
**Trial Judge:** Lloyd King, U.S. Bankruptcy Judge
**Date Filed:** 03/20/2008

| Date Order/Judgment: | Date NOA Filed: | Date Rec'd BAP: |
|---|---|---|
| 03/04/2011 | 03/18/2011 | 03/28/2011 |

**Prior Cases:**
None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | | | | |
| | 11-1135 | 11-1197 | 04/28/2011 | |

**Panel Assignment:** Not available

In re: XYIENCE INCORPORATED
Debtor

------------------------------

RICHARD E. BERGERON, III
Appellant

Richard E. Bergeron, III
Direct: (617) 209-4325
[NTC Pro Se]
P.O. Box 5212
Weirs Beach, NH 03247

v.

JONATHAN A. BACKMAN
Appellee

Jonathan A. Backman
[NTC Retained]
LAW OFFICE OF JONATHAN A. BACKMAN
117 North Center Street
Bloomington, IL 61701

DAVID HERZOG, Liquidating Trustee

Jonathan A. Backman

| | |
|---|---|
| Appellee | [NTC Retained]<br>(see above) |
| MIKE LEVY<br>Appellee | Mike Levy<br>[NTC Pro Se]<br>Suite #J-H<br>1335 East Sunset Road<br>Las Vegas, NV 89119-4928 |
| ------------------------------ | |
| FERTITTA ENTERPRISES, INC. | Matthew C. Zirzow, Esquire<br>Direct: 702-796-5555<br>[NTC Retained]<br>GORDON & SILVER, LTD.<br>9th Floor<br>3960 Howard Hughes Parkway<br>Las Vegas, NV 89169 |
| ZYEN, LLC | Matthew C. Zirzow, Esquire<br>Direct: 702-796-5555<br>[NTC Retained]<br>(see above) |
| MATTHEW C. ZIRZOW | Matthew C. Zirzow, Esquire<br>Direct: 702-796-5555<br>[NTC Retained]<br>(see above) |
| GREGORY GARMAN | Matthew C. Zirzow, Esquire<br>Direct: 702-796-5555<br>[NTC Retained]<br>(see above) |
| GORDON & SILVER, LTD. | Matthew C. Zirzow, Esquire<br>Direct: 702-796-5555<br>[NTC Retained]<br>(see above) |
| ESTATE OF FRANK FERTITTA JR. | Matthew C. Zirzow, Esquire<br>Direct: 702-796-5555<br>[NTC Retained]<br>(see above) |
| FRANK FERTITTA, III | Matthew C. Zirzow, Esquire<br>Direct: 702-796-5555<br>[NTC Retained]<br>(see above) |
| LORENZO FERTITTA | Matthew C. Zirzow, Esquire<br>Direct: 702-796-5555<br>[NTC Retained]<br>(see above) |
| ZUFFA MARKETING, LLC | Matthew C. Zirzow, Esquire |

| | |
|---|---|
| | Direct: 702-796-5555<br>[NTC Retained]<br>(see above) |
| LAUREL ELIZABETH DAVIS | Laurel Elizabeth Davis, Esquire, Bankruptcy Counsel<br>Direct: 702-692-8004<br>[NTC Retained]<br>FENNEMORE CRAIG, P.C.<br>Suite 1400<br>300 South Fourth Street<br>Las Vegas, NV 89101-0000 |
| FENNEMORE CRAIG, P.C. | Laurel Elizabeth Davis, Esquire, Bankruptcy Counsel<br>Direct: 702-692-8004<br>[NTC Retained]<br>(see above) |
| JOHN H. MOWBRAY | Laurel Elizabeth Davis, Esquire, Bankruptcy Counsel<br>Direct: 702-692-8004<br>[NTC Retained]<br>(see above) |
| JON T. PEARSON | Laurel Elizabeth Davis, Esquire, Bankruptcy Counsel<br>Direct: 702-692-8004<br>[NTC Retained]<br>(see above) |
| XYIENCE | Jamie Cogburn<br>[NTC Retained]<br>Suite #280<br>9555 South Eastern Avenue<br>Las Vegas, NV 89123-8009 |
| JAMIE COGBURN | Jamie Cogburn<br>[NTC Retained]<br>(see above) |
| PAMELA LAWSON | Pamela Lawson<br>[NTC Retained]<br>HUNTERTON & ASSOCIATES<br>333 South Sixth Street<br>Las Vegas, NV 89101 |
| HUNTERTON & ASSOCIATES | Pamela Lawson<br>[NTC Retained]<br>HUNTERTON & ASSOCIATES<br>333 South Sixth Street<br>Las Vegas, NV 89101-0000 |
| WILLIAM BULLARD | William Bullard<br>[NTC Pro Se] |

| | |
|---|---|
| | Suite J<br>135 East Sunset Road<br>Las Vegas, NV 89119 |
| KIRK SANFORD | Kirk Sanford<br>[NTC Pro Se]<br>7199 Ranchito Circle<br>Las Vegas, NV 89120-3039 |
| KARIM MASKATIYA | Karim Maskatiya<br>[NTC Pro Se]<br>7244 Fisher Island Drive<br>Miami Beach, FL 33109-0744 |
| OMER SATTAR | Omer Sattar<br>[NTC Pro Se]<br>662 Tam O Shanter<br>Las Vegas, NV 89109-0102 |
| ADAM FRANK | Richard Benenson<br>[NTC Retained]<br>BROWNSTEIN HYATT FARBER SCHRECK<br>Suite #2200<br>410 17th Street<br>Denver, CO 80202 |
| ZUFFA, LLC | Zuffa, LLC<br>[NTC Pro Se]<br>Suite #100<br>2960 West Sahara Avenue<br>Las Vegas, NV 89102-1709 |
| STATION CASINOS | Station Casinos<br>[NTC Pro Se]<br>1505 South Pavillion Center Drive<br>Las Vegas, NV 89135-1403 |

In re: XYIENCE INCORPORATED

Debtor

------------------------------

RICHARD E. BERGERON, III

Appellant

v.

JONATHAN A. BACKMAN; DAVID HERZOG, Liquidating Trustee; MIKE LEVY

Appellees

------------------------------

FERTITTA ENTERPRISES, INC.; ZYEN, LLC; MATTHEW C. ZIRZOW; GREGORY GARMAN; GORDON & SILVER, LTD.; ESTATE OF FRANK FERTITTA JR.; FRANK FERTITTA, III; LORENZO FERTITTA; ZUFFA MARKETING, LLC; LAUREL ELIZABETH DAVIS; FENNEMORE CRAIG, P.C.; JOHN H. MOWBRAY; JON T. PEARSON; XYIENCE; JAMIE COGBURN; PAMELA LAWSON; HUNTERTON & ASSOCIATES; WILLIAM BULLARD; KIRK SANFORD; KARIM MASKATIYA; OMER SATTAR; ADAM FRANK; ZUFFA, LLC; STATION CASINOS

| | |
|---|---|
| 03/28/2011 | Received from Bankruptcy Court - "COPY" APPELLANT'S MOTION FOR LEAVE TO APPEAL INFORMA PAUPERIS filed in Bk.Ct. on 03/18/2011. (VB) |
| 03/29/2011 | Received NOTICE OF APPEAL filed in Bankruptcy Court on 03/18/2011, NOTICE OF REFERRAL, TRANSMITTAL FORM, "COPY" BK.CT. MEMORANDUM (RE: Notice of Appeal) & "COPY" ORDER ON APPEAL - RE: 03/04/2011 Bk.Ct. order denying defendant and counterclaimant's motion for leave to amend rule 9011 sanctions motion. (VB) |
| 03/29/2011 | NOTICE to all parties and Bankruptcy Court - RE: BAP Case number assigned: NV-11-1135. Sent Bankruptcy Record Request Form to Bankruptcy Court. (VB) |
| 04/22/2011 | Received from Bankruptcy Court - "COPY" INTERESTED PARTIES (Fertitta Enterprises, Inc. & Zyen, LLC) STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY THE U.S. DISTRICT COURT filed in Bk.Ct. on 04/20/2011. (VB) |
| 05/11/2011 | Filed order (DUNN and JURY); Received from Fertitta Enterprises, Inc & Zyen, LLC statement of election to have appeal heard by U.S. District Court. Election appears timely & proper. Appeal is TRANSFERRED to U.S. District Court for the District of Nevada. (VB) |