GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Appellees

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br>Debtor. | District Court Case No.: 11-cv-00772-JCM-PAL<br><br>Bankruptcy Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br>Plaintiff,<br>v.<br>RICHARD BERGERON, III, an individual,<br>Defendant. | Bankruptcy Adversary No.: 08-1082-MKN<br><br>**APPENDIX TO APPELLEES' MOTION TO DISMISS APPEAL PURSUANT TO 28 U.S.C. § 158** |
| RICHARD BERGERON, III, an individual,<br>Counterclaimant,<br>v.<br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br>Counterdefendants.<br><br>RICHARD BERGERON, III, an individual,<br>Appellant,<br>v.<br>ZYEN, LLC, a Nevada limited liability company, and FERTITTA ENTERPRISES, INC., a Nevada corporation,<br>Appellees. | |

## Index for Appendix to Appellees' Motion to Dismiss Appeal Pursuant to 11 U.S.C. § 158

| No. | Date | Description |
|---|---|---|
| 1. | 3/20/08 | Appendix of Documents, Notice of Removal |
| 2. | 1/18/08 | Voluntary Petition |
| 3. | 3/20/08 | Notice of Removal |
| 4. | 1/21/09 | Defendant and Counterclaimant's Amended Motion for Rule 11 and 9011 Sanctions |
| 5. | 2/10/09 | Opposition of Counterdefendant, Fertitta Enterprises, Inc., to Defendant/Counterclaimant, Richard Bergeron's Motion for Rule 11 and 9011 Sanctions |
| 6. | 2/24/09 | Order on Ex Parte Motion of Defendant/Counterclaimant Richard Bergeron for (1) Waiver of Pleading Page Limit; (2) Continuance of Scheduling Conference and Amended Rule 11 and 9011 Hearings; and (3) Priority Scheduling of Motion to Reconsider Hearing |
| 7. | 5/6/09 | Affidavit of Linda Lesker in Support of Defendant and Counter Claimant Rich Bergeron's Amended Rule 11 and 9011 Motion |
| 8. | 5/6/09 | Affidavit of Michael J. Clark in Support of Defendant and Counter Claimant Rich Bergeron's Amended Rule 11 and 9011 Motion |
| 9. | 5/6/09 | Affidavit of Michael J. Clark in Support of Defendant and Counter Claimant Rich Bergeron's Amended Rule 11 and 9011 Motion |
| 10. | 5/6/09 | Affidavit of Moses Joseph Bojrab in Support of Defendants and Counterclaimant Rich Bergeron's Amended Rule 11 and 9011 Motion |
| 11. | 5/6/09 | Affidavit of Patrick Douglas Patterson in Support of Defendants and Counterclaimant Rich Bergeron's Amended Rule 11 and 9011 Motion |
| 12. | 5/27/09 | Motion of Counterdefendant, Fertitta Enterprises, Inc., to Strike Affidavits Filed by Defendant/Counterclaimant, Richard Bergeron, and for Civil Contempt and Filing Bar |
| 13. | 5/28/09 | Defendant and Counterclaimant's Supplemental Brief in Advance of Hearing on Amended Motion for Rule 11 and 9011 Sanctions; and Formal Request for Briefing Period Waiver in Respect to Recently Submitted Affidavits |
| 14. | 5/28/09 | Affidavit of Rich Bergeron in Support of Defendant and Counter Claimant's Supplemental Brief in Advance of Hearing on Amended Motion for Rule 11 and 9011 Sanctions; and Formal Request for |

| No. | Date | Description |
|---|---|---|
| | | Briefing Period Waiver in Respect to Recently Submitted Affidavits |
| 15. | 6/15/09 | Opposition of Counterdefendant, Fertitta Enterprises, Inc., to the Supplemental Brief of Defendant/Counterclaimant, Richard Bergeron, in Advance of Status Hearing on Amended Motion for Rule 11 and 9011 Sanctions; and Formal Request in Respect of Recently Submitted Affidavits |
| 16. | 11/23/10 | Defendant and Counter Claimant's Motion for Leave to Amend Rule 9011 Sanctions Motion |
| 17. | 11/23/10 | Defendant/Counterclaimant Rich Bergeron's Affidavit in Support of Defendant/Counterclaimant's Motion for Leave to Amend Rule 9011 Sanctions Motion |
| 18. | 1/27/11 | Fennemore Craig P.C.'s Opposition to Defendant and Counterclaimant, Richard Bergeron's, Motion for Leave to Amend Rule 9011 Sanctions Motion |
| 19. | 1/27/11 | Opposition of Counterdefendant, Fertitta Enterprises, Inc., to Defendant/Counterclaimant, Richard Bergeron's Motion for Leave to Amend Rule 9011 Sanctions Motion |
| 20. | 3/4/11 | Order Denying Defendant and Counterclaimant's Motion for Leave to Amend Rule 9011 Sanctions Motion |
| 21. | 3/21/11 | Notice of Appeal |
| 22. | 5/17/11 | BAP Transmittal to U.S. District Court, District of Nevada |