GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Appellees

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br>Debtor. | District Court Case No.: 11-cv-00772-JCM-PAL<br><br>Bankruptcy Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE, INCORPORATED,<br>a Nevada corporation,<br>Plaintiff,<br>v.<br>RICHARD BERGERON, III, an individual,<br>Defendant. | Bankruptcy Adversary No.: 08-1082-MKN<br><br>**CERTIFICATE OF SERVICE RE: APPELLEES' REPLY TO OPPOSITION TO MOTION TO DISMISS** |
| RICHARD BERGERON, III, an individual,<br>Counterclaimant,<br>v.<br>XYIENCE, INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br>Counterdefendants. | |
| RICHARD BERGERON, III, an individual,<br>Appellant,<br>v.<br>ZYEN, LLC, a Nevada limited liability company, and FERTITTA ENTERPRISES, INC., a Nevada corporation,<br>Appellees. | |

The undersigned, an employee of Gordon Silver, hereby certifies that on July 20, 2011, a copy of Appellee's Reply to Opposition to Motion to Dismiss was served by personal email to:

Richard Bergeron rich.bergeron@gmail.com

Trish Huelsman, an employee of
Gordon Silver

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555