CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

016H26515227
$00.64[0]
Mailed From 89101
US POSTAGE
Hasler

NIXIE 891 SE 1 00 08/29/11
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 89101706934 *0779-18327-28-41

William Bullard
135 East Sunset Road
Suite J
Las Vegas, Nv 89119

89101@7069
89119+3518

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

In re:

| | |
|---|---|
| XYIENCE, INCORPORATED, a Nevada corporation,<br><br>Debtor. | 2:11-CV-00772-JCM-PAL |
| XYIENCE, INCORPORATED, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, III, an individual,<br><br>Defendant. | **ORDER** |
| RICHARD BERGERON, III, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE, INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | |
| RICHARD BERGERON, III, an individual,<br><br>Appellant,<br><br>v.<br><br>ZYEN, LLC, a Nevada limited liability company, and FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Appellees. | |